1  PHILLIP A. TALBERT
   Acting United States Attorney
2  BRIAN A. FOGERTY
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7


FILED
NOV 23 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK


SEALED

8                    IN THE UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11 In the Matter of the Search of:                CASE NO. 2:16-SW-0741-KJN

12 INFORMATION ASSOCIATED WITH                    [PROPOSED] ORDER COMMANDING YAHOO
   abdulbashierhashimi@yahoo.com THAT IS          INC. NOT TO NOTIFY ANY PERSON OF THE
13 STORED AT PREMISES CONTROLLED BY               EXISTENCE OF WARRANT
   Yahoo Inc.
14
                                                  UNDER SEAL
15

16

17         The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that

18 the Court issue an Order commanding Yahoo Inc., an electronic communication service provider and/or

19 a remote computing service, not to notify any person (including the subscribers and customers of the

20 account(s) listed in the warrant) of the existence of the attached warrant until further order of the Court.

21         The Court determines that there is reason to believe that notification of the existence of the

22 attached warrant will seriously jeopardize the investigation or unduly delay a trial, including by giving

23 targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence,

24 change patterns of behavior, intimidate potential witnesses, or endanger the life or physical safety of an

25 individual. *See* 18 U.S.C. § 2705(b).

26         IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Yahoo Inc. shall not disclose

27 the existence of the attached warrant or this Order of the Court, to the listed subscriber or to any other

28 person, unless and until otherwise authorized to do so by the Court, except that Yahoo Inc. may disclose

[PROPOSED] ORDER
                                                    1

1 | the attached warrant to an attorney for Yahoo Inc. for the purpose of receiving legal advice.

2 | IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise
3 | ordered by the Court.

Dated: Nov. 23, 2016

The Honorable Kendall J. Newman
United States Magistrate Judge

[PROPOSED] ORDER

2