PHILLIP A. TALBERT
United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

**FILED**

JUL 17 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANT CONCERNING:<br><br>Information associated with account abdulbashierhashimi@yahoo.com that is stored at premises controlled by Yahoo Inc. | CASE NO. 2:16-SW-741 KJN<br><br>[PROPOSED] ORDER REGARDING MOTION TO UNSEAL SEARCH WARRANT |

The government's motion to unseal the Search Warrant and this case is GRANTED.

DATED: 7/17/2017

_____
Hon. Carolyn K. Delaney
United States Magistrate Judge

1